LEXINGTON LAW GROUP
Mark N. Todzo, State Bar No. 168389
Meredyth Merrow, State Bar No. 328337
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
mmerrow@lexlawgroup.com

Attorneys for Plaintiff
JOSEPH DIGIACINTO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIGIACINTO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALBERTSONS COMPANIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-03382-KAW<br><br>**STIPULATION TO MODIFY ALTERNATIVE DISPUTE RESOLUTION DEADLINE & SCHEDULE FOR CLASS CERTIFICATION; DECLARATION OF MARK TODZO; ORDER**<br><br>[Civil L.R. 6-2 and 7-12, ADR L.R. 6-5] |

Pursuant to Civil Local Rule 6-2(a) and ADR Local Rule 6-5, Plaintiff Joseph DiGiacinto ("Plaintiff") and Defendants Albertsons Companies, Inc., Safeway, Inc. and Lucerne Foods, Inc. ("Defendants") (collectively, the "Parties") hereby stipulate through their respective attorneys of record to extend the deadline to complete Alternative Dispute Resolution ("ADR") from November 8, 2021 to February 8, 2022 and to extend the deadlines on Plaintiff's motion for class certification set forth in the Court's August 5, 2021 Order, extending each deadline approximately three months.

WHEREAS, on or about May 18, 2021, Plaintiff filed a Complaint in the Northern District of California, entitled *Joseph Digiacinto v. Albertsons Companies, Inc., et al.*, Case No. 4:20-cv-03382-KAW (Dkt. No. 1);

WHEREAS, on May 19, 2020, this Court issued the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 8);

WHEREAS, on July 29, 2020, Plaintiff filed an unopposed motion for relief from the Initial Case Management Conference deadlines, which was granted on July 30, 3020 (Dkt. Nos. 14-15);

WHEREAS, on September 10, 2020, the Parties stipulated to modify the case management schedule to extend the schedule by 30 days, which the Court granted on September 11, 2020 (Dkt. No. 21);

WHEREAS, on October 28, 2020, the Court reset the Initial Case Management Conference from November 10, 2020 to December 15, 2020 (Dkt. No. 22);

WHEREAS, on December 8, 2020, the Court issued a Minute Order setting the dates for Plaintiff's motion for class certification (Dkt. No. 28);

WHEREAS, pursuant to Court's December 8, 2020 Minute Order, the motion for class certification was to be filed by October 29, 2021, the opposition due by December 6, 2021, and the reply due by January 14, 2022, with the hearing set for February 3, 2022;

WHEREAS, on March 11, 2021, the Clerk's Notice stated that ADR was to be completed within 120 days (by July 9, 2021) (Dkt. No. 36);

WHEREAS, on June 30, 2021, the Parties requested, and the Court granted, a stipulation to extend the ADR completion deadline to September 7, 2021 (Dkt. No. 38);

WHEREAS, on August 4, 2021, the Parties requested, and the Court granted, a stipulation to modify the deadlines for class certification by approximately 2 and a half months (Dkt. No. 40);

WHEREAS, pursuant to Court's August 5, 2021 Order, the motion for class certification is to be filed by January 14, 2022, the opposition is due by February 18, 2022, and the reply is due by March 18, 2022, with the hearing set for April 7, 2022;

WHEREAS, on September 9, 2021, the Court extended the ADR deadline by 60 days and continued the case management conference to December 7, 2021 (Dkt. No. 42);

WHEREAS, the Parties are making significant progress in settlement negotiations and would prefer to focus on these negotiations rather than preparing for class certification;

WHEREAS, in light of the Parties continued settlement negotiations, the Parties request additional time to complete ADR and to file any motions for class certification to determine whether this matter can be resolved informally.

NOW THEREFORE, the Parties Stipulate that the deadlines for ADR completion and class certification briefing be amended as set forth below.

| Current Date | Proposed Date | Event |
|---|---|---|
| 11/8/2021 | 2/8/2021 | ADR Completion Deadline |
| 1/14/2022 | 4/14/2022 | Motion for Class Certification |
| 2/18/2022 | 5/18/2022 | Opposition to Motion for Class Certification |
| 3/18/2022 | 6/20/2022 | Reply in Support of Motion for Class Certification |
| 4/7/2022 | 7/7/2022 | Hearing for Motion on Class Certification at 1:30 PM |

**IT IS SO STIPULATED**.

Dated: November 8, 2021          LEXINGTON LAW GROUP

                                                                             */s/ Mark Todzo*
                                                                             Mark N. Todzo
                                                                             Attorney for Plaintiff

Dated: November 8, 2021          KAHN SOARES & CONWAY, LLP

                                                                             */s/ Richard Conway*
                                                                             Richard C. Conway
                                                                             Attorney for Defendants

**ATTESTATION**

I, Meredyth Merrow, am the CM/ECF user whose ID and password are being used to file this Stipulation. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that Richard Conway, on whose behalf this filing is jointly submitted, has concurred in this filing.

          */s/ Meredyth Merrow*
          Meredyth Merrow

# DECLARATION OF MARK TODZO

I, Mark Todzo, declare as follows:

1. I am a partner with the Lexington Law Group ("LLG") and counsel for Plaintiff Joseph DiGiacinto ("Plaintiff") in this action against Defendants Albertsons Companies, Inc., Safeway, Inc. and Lucerne Foods, Inc. ("Defendants"). I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. On on August 5, 2021, the Court granted the Parties' stipulation to modify the deadlines for class certification by approximately 2 and a half months, making Plaintiff's Motion for Class Certification deadline due January 14, 2022, the opposition due by February 18, 2022, and the reply due by March 18, 2022, with the hearing set for April 7, 2022;

3. On September 9, 2021, the Court extended the ADR deadline to November 8, 2021;

4. The Parties are currently working towards settlement and believe that a three-month extension of time would allow the parties to resolve the matter without the need for ADR.

5. The requested change to the deadline for ADR completion will not hinder or harm any proceedings in this matter.

6. The Parties have made significant progress in settlement negotiations and would prefer to focus on these negotiations rather than preparing for class certification.

7. This is the sixth time modification in this case. This Court previously granted the Parties' Stipulations to Modify the Case Management Schedule (Dkt No. 20) and to Modify ADR Deadlines on June 30, 2021 (Dkt No 37) and on July 1, 2021 (Dkt No. 38). This Court previously granted the Parties' Stipulation to Modify Class Certification Deadlines on August 5, 2021 (Dkt No. 40). This Court also extended the ADR deadline by 60 days in its Order dated September 9, 2021 (Dkt No. 42).

1     I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct, and that this declaration was executed in San Francisco, California
on November 8, 2021.

>    */s/ Mark Todzo*
>    Mark Todzo

- 4 -
STIP. TO MODIFY ADR DEADLINE & CLASS CERT SCHEDULE. (Case No. 20-cv-03382-KAW)

**ORDER**

It Is hereby **ORDERED** that the deadlines set forth in the Court's Orders dated August 5, 2021 and September 9, 2021 be changed as follows:

| Current Date | Proposed Date | Event |
|---|---|---|
| 11/8/2021 | 2/8/2021 | ADR Completion Deadline |
| 1/14/2022 | 4/14/2022 | Motion for Class Certification |
| 2/18/2022 | 5/18/2022 | Opposition to Motion for Class Certification |
| 3/18/2022 | 6/20/2022 | Reply in Support of Motion for Class Certification |
| 4/7/2022 | 7/7/2022 | Hearing for Motion on Class Certification at 1:30 PM |

Dated:   November 9, 2021

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE